792 A.2d 1242

IN THE MATTER OF WILLIAM D. MANNS,
JR., AN ATTORNEY AT LAW.

April 3, 2002.

## O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 00–398, concluding that **WILLIAM D. MANNS, JR.,** of **NEWARK,** who was admitted to the bar of this State in 1978, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 3.2 (failure to expedite litigation), *RPC* 3.3(a)(1) (false statement of material fact or law to tribunal) and *RPC* 8.4(c) (dishonesty, fraud, deceit of misrepresentation), and good cause appearing;

It is ORDERED that **WILLIAM D. MANNS, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.